### March 9, 2004
22984        Wolf v. Hawaii County Council        Affirmed

### March 10, 2004
22995        Anny v. Robert McMullan & Son, Inc.        Reversed

### March 15, 2004
24053        Tyler v. Linser        Affirmed

### March 16, 2004
23266        Essex Ins. Co. v. Cutting        Affirmed

### March 18, 2004
23585        Survivors of Ching v. State, Dept. of Health        Affirmed

### March 19, 2004
25671        State v. Ruggiero        Reversed